IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID LIBRACE**                                                                            **PLAINTIFF**

v.                                **Case No. 2:16-cv-00166-KGB/BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 20). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

Therefore, the Court grants defendant Nancy A. Berryhill's motion to dismiss (Dkt. No. 19), and the Court dismisses with prejudice the case.

So ordered this the 25th day of June, 2018.

                                                                                     Kristine G. Baker
                                                                                     United States District Judge