IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                                          PLAINTIFF

v.                              Case No. 2:16-cv-00166-KGB/BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

So adjudged this the 25th day of June, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE